## DUNWODY *v.* FENGAR.

BECK, J.  No errors of law are complained of; and the evidence, together with the deductions which the jury were authorized to draw from the same, was sufficient to authorize the verdict.  The judgment refusing a new trial, therefore, is

> *Affirmed.  All the Justices concur, except Atkinson, J., disqualified.*

NOVEMBER 18, 1910.

Mortgage foreclosure.  Before Judge Parker.  Glynn superior court.  July 27, 1909.

*D. W. Krauss,* for plaintiff in error.  *Courtland Symmes,* contra.